**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DESMOND McGILL, | ) | No. CV 12-6947-VBF (CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| PEOPLE, STATE OF SOUTH CAROLINA, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice for failure to state a cognizable federal claim.

DATED:    August 24, 2012

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
United States District Judge