1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   DESMOND McGILL,                    )      No. CV 12-6947-VBF (CW)
                                        )
13                  Petitioner,         )      JUDGMENT
                                        )
14            v.                        )
                                        )
15   PEOPLE, STATE OF SOUTH             )
     CAROLINA,                          )
16                                      )
                    Respondent.         )
17   _____ )

18

19       **IT IS ADJUDGED** that the petition is dismissed without prejudice

20   for failure to state a cognizable federal claim.

21

22   DATED:      August 24, 2012

23                                             _____
                                                 VALERIE BAKER FAIRBANK
24                                             United States District Judge

25

26

27

28